UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER DUNN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-10002-IT |
| | * | |
| LISA MARTELLI, | * | |
| | * | |
| Defendant. | * | |

ORDER

TALWANI, D.J.

Before the court are Plaintiff Christopher Dunn's Complaint and Jury Demand [Doc. No. 1], Defendant Lisa Martelli's Motion to Dismiss Plaintiff's Complaint [Doc. No. 12] ("Motion to Dismiss"), the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss [Doc. No. 27] ("R&R"), and Plaintiff Dunn's Objections to the Magistrate Judge's Report and Recommendation ("Objections") [Doc. No. 38].

On *de novo* review, the court finds Plaintiff's Objections waived to the extent that the arguments were not raised before the Magistrate Judge and otherwise without merit, and GRANTS the Motion to Dismiss [Doc. No. 12] under Fed. R. Civ. P. 12(b)(6) for failure to state a plausible claim upon which relief may be granted for the reasons set forth in the R&R. Dunn's Complaint [Doc. No. 1] is thus DISMISSED.

IT IS SO ORDERED.

August 28, 2026

/s/ Indira Talwani
United States District Judge